PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
KATHLEEN A. SERVATIUS
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00354-LJO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| FLORENTINO TORRES ACOSTA | |
| Defendant. | |

WHEREAS, on March 19, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreement entered into between plaintiff and defendant Florentino Torres Acosta forfeiting to the United States the following property:

        a)     Approximately $95,111.00 in U.S. Currency

AND WHEREAS, Beginning April 1, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim

to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(1), to be disposed of according to law, including all right, title, and interest of Florentino Torres Acosta.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **August 5, 2016**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE

Final Order of Forfeiture                    2